UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

ANTONIO MORA,
    a/k/a "Chucky," and
BRIAN MORA,
    a/k/a "Dottie,"

                      Defendants.

- - - - - - - - - - - - - - - - - x

**SEALED INDICTMENT**

19 Cr. ____

**19 CRIM 514**

### COUNT ONE

The Grand Jury charges:

1. From at least in or about 2016 up to and including at least in or about 2018, in the Southern District of New York and elsewhere, ANTONIO MORA, a/k/a "Chucky," and BRIAN MORA, a/k/a "Dottie," the defendants, and others known and unknown, intentionally and knowingly did combine conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ANTONIO MORA, a/k/a "Chucky," and BRIAN MORA, a/k/a "Dottie," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that ANTONIO MORA, a/k/a "Chucky," and BRIAN MORA, a/k/a "Dottie," the defendants, conspired to distribute and possess with intent to distribute were

one kilogram and more of mixtures and substances containing a detectable amount of heroin, and 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, commonly known as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

4. From at least in or about 2016 up to and including at least in or about 2018, in the Southern District of New York and elsewhere, ANTONIO MORA, a/k/a "Chucky," and BRIAN MORA, a/k/a "Dottie," the defendants, during and in relation to a narcotics trafficking crime for which they may be prosecuted in a court of the United States, namely the narcotics conspiracy charged in Count One of this Indictment, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, which was brandished and discharged, to wit, ANTONIO MORA and BRIAN MORA used firearms in connection with a dispute with a rival drug crew, including on or about September 17, 2018, when they shot a rival

drug dealer after they pulled his daughter from his arms.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), (iii), and 2.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTONIO MORA,
a/k/a "Chucky," and
BRIAN MORA,
a/k/a "Dottie,"

Defendants.

SEALED INDICTMENT

19 Cr.

(18 U.S.C. § 924(c); 21 U.S.C. § 846.)

GEOFFREY S. BERMAN
United States Attorney.

Foreperson.

7/15/19   Filed Indictment under seal
Arrest warrant issued      USMJ Fox

MQ