

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 13, 2020

**BY ECF**

The Honorable Paul J. Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Antonio Mora et al.*, **19 Cr. 514 (PJO)**

Dear Judge Oetken:

    On March 13, 2020, defendant Brian Mora entered a guilty plea before U.S. Magistrate Judge Ona T. Wang. The Government will transmit the plea paperwork to the Court promptly.

    With respect to defendant Antonio Mora, the Government's response to his pretrial motion is due on March 16, 2020. The parties are in plea discussions, however, and because of coronavirus, the BOP has limited visitation with prisoners. The Government therefore writes with defense counsel's consent to request a 45-day adjournment of the Government's response deadline, and to adjourn the upcoming March 23, 2020 conference by a similar amount of time.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for
    the Southern District of New York

    By: _____/s/ Danielle R. Sassoon_____
        Danielle R. Sassoon
        Assistant United States Attorney
        (212) 637-1115

cc: defense counsel (via ECF)