

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 13, 2020

**BY ECF**

The Honorable Paul J. Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Antonio Mora et al.*, 19 Cr. 514 (PJO)

Dear Judge Oetken:

    On March 13, 2020, defendant Brian Mora entered a guilty plea before U.S. Magistrate Judge Ona T. Wang. The Government will transmit the plea paperwork to the Court promptly.

    With respect to defendant Antonio Mora, the Government's response to his pretrial motion is due on March 16, 2020. The parties are in plea discussions, however, and because of coronavirus, the BOP has limited visitation with prisoners. The Government therefore writes with defense counsel's consent to request a 45-day adjournment of the Government's response deadline, and to adjourn the upcoming March 23, 2020 conference by a similar amount of time.

> Granted. The deadline for the Government's response to Defendant Antonio Mora's pretrial motion is hereby extended to May 1, 2020. The pretrial conference is hereby adjourned to May 5, 2020, at 2:30 pm. Time is excluded through May 5, 2020, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered.
> March 16, 2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for
the Southern District of New York

By: \_\_\_\_\_/s/ Danielle R. Sassoon_____
    Danielle R. Sassoon
    Assistant United States Attorney
    (212) 637-1115

_____
J. PAUL OETKEN
United States District Judge